JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CARL GORDON, | Case No. CV 24-03683-MRA (AS) |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| ELENI KOUNALAKIS, et, al., | |
|     Defendants. | |

  Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

  DATED: January 22, 2025

            _____
         MONICA RAMIREZ ALMADANI
        UNITED STATES DISTRICT JUDGE